UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-02233-SSC                    Date: June 16, 2026

Title      Marco Ruiz v. W.K.S. Restaurant Corporation, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

On March 3, 2026, Plaintiff Marco Ruiz filed this civil action against defendants Harbor City Plaza, LLC and W.K.S. Restaurant Corporation. (ECF 1.)  A summons was issued on March 6, 2026.  (ECF 6.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.* As stated, the complaint was filed on March 3, 2026, and, pursuant to

---

CV-90 (03/15)                    Civil Minutes – General                    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:26-cv-02233-SSC                    Date: June 16, 2026

Title      Marco Ruiz v. W.K.S. Restaurant Corporation, et al.

Rule 4(m), the service deadline was June 1, 2026.  The service deadline has passed, and the Court has not received proof of service on the Defendants or any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **June 24, 2026,** why this action should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4.  If Plaintiff files a proof of service by **June 24, 2026,** this order to show cause will automatically be discharged and Plaintiff need not respond to it separately.

**Plaintiff is cautioned that failure to file a timely response to this order to show cause may result in dismissal of this action for failure to serve.**

**IT IS SO ORDERED.**

:

Initials of Preparer        **ts**